Prepared by State Reporter from Appeal Papers

defendant's automobile· was being driven without his knowledge or permission, and· not· in.· his business or interests, but against his express prohibition of its use by his chauffeur.

*Harold R. Medina* and *Harry E. Kriendler* for appellant.

*John C. Robinson, Morris A. Wainger* and *James B. Henney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

DELIA CUSACK, Respondent, *v.* NATHAN OTTINGER et al., as Executors of MOSES OTTINGER, Deceased, Appellants.

JOHN CUSACK, an Infant, by PATRICK CUSACK, His Guardian ad Litem, Respondent, *v.* NATHAN OTTINGER et al., as Executors of MOSES OTTINGER, Deceased, Appellants.

*Landlord and tenant — master and servant — assault — liability of landlord for assault upon tenants by janitor.*

*Cusack* v. *Ottinger* (2 cases), 218 App. Div. 818, affirmed.
(Argued May 17, 1927; decided May 31, 1927.)

APPEAL, in the first of the above-entitled actions, from a judgment of· the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. Appeal in the second above-entitled action from a judgment of the said Appellate Division, entered January 7, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The actions were begun by the respective plaintiffs for damages for personal injuries alleged to have been sustained by them through assaults committed by an employee of defendant's testator, while plaintiffs resided in premises in the borough of Manhattan, city of New York, then owned by testator. The complaint in each action alleged that the employee of the defendant was

in charge of the premises in capacity of superintendent or janitor; that the defendant had knowledge and notice that he was of a dangerous, troublesome and vicious nature and that at the time of the assaults the said employee was acting within the scope of his employment and the instructions given him by the defendant's testator.

*Edward P. Mowton* for appellant.

*Harold R. Medina* and *John L. O'Connell* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM HERRMANN, Appellant.

*Crimes — practicing medicine without license — judgment of conviction affirmed.*

People v. Herrmann, 218 App. Div. 833, affirmed.
(Argued May 9, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1926, which affirmed a judgment of the Court of Special Sessions in the city of New York convicting the defendant of practicing medicine without a license in violation of subdivision 7 of section 160 of the Public Health Law.

*Paul L. Corwin* for appellant.

*Joab H. Banton, District Attorney (Edward V. Loughlin* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.